**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 21, 2016

MEMORANDUM TO CIERA STILES BY U.S. MAIL

    Re:    *Stiles v. Abbott Laboratories, Inc. et al.*
            Civil Action No. ELH-15-3837

Dear Ms. Stiles:

       As you know, on December 17, 2015, you filed suit against Abbott Laboratories, Inc., MedStar Franklin Square Medical Center, and MedStar Franklin Square Physicians, LLC, defendants, alleging various violations in connection with the prescription drug, Depakote. *See* ECF 1, "Complaint." The Complaint asserts several counts including inadequate warning; construction/composition defect; design defect; breach of express warranty; and various medical malpractice claims. *Id.* at 7–17.

       Also on December 17, 2015, you filed a copy of the requests for waiver of service of summons that you sent to defendants. ECF 2. To date, there is no indication on the docket that defendants have agreed to waive service, and no indication that service has been effected by other means.

       By Order dated January 12, 2016, the Court informed you of your responsibility to effect service of process on defendants. ECF 3. As noted in the Order, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8(a), if a party demanding relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time set by the Court, the Complaint shall be dismissed, without prejudice.

       Accordingly, you are directed to effect service of process upon defendants by April 20, 2016, or, alternatively, you are directed to show cause by April 20, 2016, as to why your claims should not be dismissed under Fed. R. Civ. P. 4(m) and Local Rule 103.8 for failure to effect service of process upon defendants.

       Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

                                  Very truly yours,

                                  /s/
                              Ellen Lipton Hollander
                              United States District Judge